UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| AXIS INSURANCE COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Case No.: 1:19-cv-00165-DRL-SLC |
| | ) | |
| AMERICAN SPECIALTY INSURANCE | ) | |
| & RISK SERVICES, INC., | ) | |
| | ) | |
| Defendant. | ) | |

### PLAINTIFF AXIS INSURANCE COMPANY'S NOTICE OF APPEAL

Plaintiff AXIS Insurance Company appeals to the United States Court of Appeals for the Seventh Circuit from the final judgment entered on March 20, 2023.

Respectfully submitted,

Date: April 12, 2023

*/s/Stephanie L. Gutwein*
Brian J. Paul (*Counsel of Record*)
Ryan M. Hurley
Stephanie L. Gutwein
Emily A. Kile-Maxwell
FAEGRE DRINKER BIDDLE & REATH LLP
300 North Meridian Street, Suite 2500
Indianapolis, IN 46204
Telephone: (317) 237-0300
Facsimile: (317) 237-1000
Brian.Paul@faegredrinker.com
Ryan.Hurley@faegredrinker.com
Stephanie.Gutwein@faegredrinker.com
Emily.KileMaxwell@faegredrinker.com

*Attorneys for plaintiff AXIS Insurance Company*

US.356908515.01

## CERTIFICATE OF SERVICE

      I hereby certify that on April 12, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                  */s/Stephanie L. Gutwein*