# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

August 28, 2024

To:  Chanda J. Berta
     UNITED STATES DISTRICT COURT
     Northern District of Indiana
     Fort Wayne, IN 46802-0000

| No. 23-1698 | AXIS INSURANCE COMPANY,<br>Plaintiff - Appellant<br><br>v.<br><br>AMERICAN SPECIALTY INSURANCE & RISK SERVICES,<br>Defendant - Appellee |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:19-cv-00165-DRL<br>Northern District of Indiana, Fort Wayne Division<br>District Judge Damon R. Leichty ||

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                  No record to be returned

form name: **c7_Mandate**    (form ID: **135**)